AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 3:11-cr-00007-RLY-CSW-2 |
| Emma Dell Hodge | ) |
| | ) USM No: 09938-028 |
| Date of Original Judgment: 06/25/2012 | ) |
| Date of Previous Amended Judgment: | ) Pro se |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/02/2025

_Judge's signature_

Effective Date: _____
*(if different from order date)*

RICHARD L. YOUNG, U.S. District Judge
*Printed name and title*

A CERTIFIED TRUE COPY
Kristine L. Seufert
U.S. District Court
Southern District of Indiana
By _____ Nina M. Dafe
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-cr-00007-RLY-CSW |
| | ) | |
| EMMA DELL HODGE, | ) | -02 |
| | ) | |
| Defendant. | ) | |

**ENTRY DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION**

In 2012, Defendant Emma Dell Hodge pleaded guilty to two counts of production of child pornography and two counts of conspiracy to produce child pornography. (Filing No. 112, Judgment). The court sentenced her to 360 months of imprisonment. (*Id.*). Hodge now moves to reduce her sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the U.S. Sentencing Guidelines ("U.S.S.G."). (Filing Nos. 186, 193, 196). For the reasons set forth below, the court **DENIES** Hodge's motion.

**I.      Legal Standard**

The court may modify an imposed sentence of imprisonment under 18 U.S.C. § 3582(c)(2) to reflect changes in the Sentencing Guidelines where authorized by policy statements from the Sentencing Commission. The policy statement at U.S.S.G. § 1B1.10 provides that the court "may reduce" a defendant's sentence to reflect certain amendments to the Sentencing Guidelines, including Amendment 821. If a sentence reduction is consistent with U.S.S.G. § 1B1.10, the court considers the sentencing factors set forth in 18 U.S.C. § 3553(a) in deciding whether and how to reduce a sentence. *Dillon v. United*

1

*States*, 560 U.S. 817, 826–28 (2010); 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10, cmt. n.1(B).

**II.   Discussion**

Hodge argues she is entitled to a sentence reduction under Part B of Amendment 821, which provides a two-level reduction in offense level to certain offenders with zero criminal history points. U.S.S.G. § 4C1.1(a). Part B only applies to zero-point offenders who meet the criteria set forth in § 4C1.1(a). One criterion is that "the instant offense of conviction [was] not a sex offense." *Id.* § 4C1.1(a)(5).

Here, Hodge received zero criminal history points. (Filing No. 90, Presentence Report ¶ 71). But her instant offenses of conviction were sex offenses, meaning she is ineligible for a sentence reduction under Part B of Amendment 821. *See* U.S.S.G. § 4C1.1(a)(5), (b)(2); 18 U.S.C. § 2251(a). Therefore, the court cannot reduce her sentence.

**III.   Conclusion**

Hodge's Motion for Sentence Reduction (Filing Nos. 186, 193, 196) is **DENIED**. Hodge's sentence remains as imposed at sentencing.

**IT IS SO ORDERED** this 2nd day of April 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically to Registered Counsel of Record.

Mail to:
Emma Dell Hodge
09938-028
FCI Aliceville
Federal Correctional Institution
P.O. Box 4000
Aliceville, AL 35442